MORGAN, LEWIS & BOCKIUS LLP
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel:   +1.415.442.1000
Fax:   +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Andrew P. Frederick, SBN 284832
andrew.frederick@morganlewis.com
Ashlee Cherry, SBN 312731
ashlee.cherry@morganlewis.com
1400 Page Mill Road
Palo Alto, CA 94304-1124
Tel: +1.650.843.4000
Fax: +1.650.843.4001

Attorneys for Defendant
JET AVIATION FLIGHT SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN KAPITANSKI, Individually and on Behalf of Other Members of the Public Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>JET AVIATION FLIGHT SERVICES, INC. AND DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No.<br><br>**DEFENDANT JET AVIATION FLIGHT SERVICES, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PARTIES** |

**TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HIS COUNSEL OF RECORD:**

Pursuant to Northern District Civil Local Rule 3-15, the undersigned, counsel of record for Defendant Jet Aviation Flight Services, Inc., certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a nonfinancial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Defendant Jet Aviation Flight Services, Inc. is owned by Jet Aviation Holdings USA, Inc.

2. Jet Aviation Holdings USA, Inc. is owned by Jet Aviation International, Inc.

3. Jet Aviation International, Inc. is owned by General Dynamics Corporation, a publicly traded company.

Dated: September 25, 2023                    MORGAN, LEWIS & BOCKIUS LLP

By  */s/ Andrew P. Frederick*
    Andrew P. Frederick
    Ashlee N. Cherry
    Attorneys for Defendant
    JET AVIATION FLIGHT SERVICES, INC.
    Attorneys for Defendant

- 1 -

DEFENDANT JET AVIATION FLIGHT SERVICES, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PARTIES

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY