MESERVY LAW, P.C.
LONDON D. MESERVY (SBN: 216654)
5060 Shoreham Place, Suite 300
San Diego, CA 92122
Telephone: 858.779.1276
Facsimile: 866.231.8132

DENTE LAW, P.C.
MATTHEW S. DENTE (SBN: 241547)
matt@dentelaw.com
5060 Shoreham Place, Suite 300
San Diego, CA 92122
Telephone: 619.550.3475
Facsimile: 619.342.9668

Attorneys for Plaintiff Edwin Kapitanski and
for Members of the Class and Subclasses

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN KAPITANSKI, Individually and on Behalf of Other Members of the Public Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>JET AVIATION FLIGHT SERVICES, INC. AND DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No.: 3:23-cv-04900-JD<br><br>**PLAINTIFF'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS (CIVIL LOCAL RULE 3-15)** |

1  Plaintiff Edwin Kapitanski ("Plaintiff") hereby submits his Certification of Conflicts and Interested Entities or Persons under Civil Local Rule 3-15.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated: January 5, 2024

MESERVY LAW, P.C.
DENTE LAW, P.C.

By: /s/ London D. Meservy
LONDON D. MESERVY (SB# 216654)

Attorneys for Plaintiff Edwin Kapitanski and for Members of the Class and Subclasses