MESERVY LAW, P.C.
LONDON D. MESERVY (SBN: 216654)
5060 Shoreham Place, Suite 300
San Diego, CA 92122
Telephone: 858.779.1276
Facsimile:  866.231.8132

DENTE LAW, P.C.
MATTHEW S. DENTE (SBN: 241547)
matt@dentelaw.com
5060 Shoreham Place, Suite 300
San Diego, CA 92122
Telephone: 619.550.3475
Facsimile:  619.342.9668

Attorneys for Plaintiff Edwin Kapitanski and for Members of the Class and Subclasses

(Defendant's Counsel Listed on Following Page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN KAPITANSKI, Individually and on Behalf of Other Members of the Public Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>JET AVIATION FLIGHT SERVICES, INC. AND DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No.: 3:23-cv-04900-JD<br><br>**NOTICE OF SETTLEMENT** |

1  MORGAN, LEWIS & BOCKIUS LLP
   Andrew P. Frederick, SBN 284832
2  andrew.frederick@morganlewis.com
   Ashlee Cherry, SBN 312731
3  ashlee.cherry@morganlewis.com
   1400 Page Mill Road
4  Palo Alto, CA 94304-1124
   Tel:      +1.650.843.4000
5  Fax:      +1.650.843.4001

6  Attorneys for Defendant
   JET AVIATION FLIGHT SERVICES, INC.
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiff Edwin Kapitanski ("Plaintiff") and Defendant Jet Aviation Flight Services, Inc. ("Defendant") (Plaintiff and Defendant are each a "Party" and collectively the "Parties"), by and through their counsel of record, hereby notify the Court that the Parties have reached a settlement in principle of the above-referenced matter on an individual basis and are in the process of memorializing the terms of the settlement in a written agreement.

Defendant's Motion for Summary Judgment (ECF No. 27) and Plaintiff's Discovery Letter Brief (ECF No. 37) are pending before the Court. Given the settlement in principle and while the Parties are memorializing the settlement in a written agreement, the Parties respectfully request that the Court abstain from ruling on Defendant's Motion for Summary Judgment (ECF No. 27) and Plaintiff's Discovery Letter Brief (ECF No. 37).

Dated: August 13, 2024

MESERVY LAW, P.C.
DENTE LAW, P.C.

By: */s/ London D. Meservy*
　　LONDON D. MESERVY (SB# 216654)

Attorneys for Plaintiff Edwin Kapitanski and for Members of the Class and Subclasses

Dated: August 13, 2024

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Andrew P. Frederick*
　　ANDREW P. FREDERICK (SB# 284832)

Attorneys for Defendant Jet Aviation Flight Services, Inc.

# ATTESTATION

I, Andrew P. Frederick, am the ECF user whose identification and password are being used to file this Notice of Settlement. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Defendant's counsel concurs in this filing.

Dated:  August 13, 2024

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Andrew P. Frederick
ANDREW P. FREDERICK (SB# 284832)

Attorneys for Defendant Jet Aviation Flight Services, Inc.